UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                        :

RAMON ESPINOSA,                                           :

                                          Plaintiff,    :
                                                        :          23-CV-4050 (VSB)
                   -against-                         :
                                                        :                  **ORDER**
RGB MANAGEMENT CORP. *d/b/a Morton*  :
*Williams*, and CARLOS MARTINEZ,       :

                                      Defendants.  :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On December 29, 2023, Mr. Wisniewski, counsel to Plaintiff Ramon Espinosa, filed a "last minute" letter requesting that I adjourn the time for him to file a brief in opposition to Defendants' motion to dismiss, (Doc. 24), so that he could file a motion to withdraw without prejudicing his client, (Doc. 27). In his letter, Mr. Wisniewski represented that he would file his motion to withdraw "next week." (*Id.*) I granted the request on January 2, 2024. (Doc. 28.) To date, Mr. Wisniewski has not filed a motion to withdraw. Accordingly, it is hereby:

       ORDERED that, by January 26, 2024, Mr. Wisniewski shall file a motion to withdraw or a response to the pending motion to dismiss. Failure comply with this Order will result in dismissal of the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                                                          Vernon S. Broderick
                                                                          United States District Judge