```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAMON ESPINOSA,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :       23-CV-4050 (VSB)
              -against-                                     :
                                                            :           ORDER
RGB MANAGEMENT CORP. d/b/a Morton                           :
Williams, and CARLOS MARTINEZ,                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 26, 2024, Mr. Wisniewski, counsel to Plaintiff, filed a letter motion to withdraw from this case. (Doc. 30.) Because Mr. Wisniewski's motion did not comply with Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I directed him to file an affirmation curing the deficiencies. (Doc. 31.) My order also provided Plaintiff an opportunity to respond to Mr. Wisniewski's motion by February 29, 2024. Finally, I ordered Mr. Wisniewski to "serve a copy of [the] Order on Plaintiff and file proof of service on the docket no later than February 5, 2024." (Doc. 31.) To date, Mr. Wisniewski has not filed proof of service. Accordingly, the deadline for Plaintiff to respond to Mr. Wisniewski's motion is hereby adjourned.

IT IS FURTHER ORDERED that Mr. Wisniewski shall:

(1) File proof of service, as ordered in Doc. 31, on or before February 15, 2024, or file a letter showing good cause as to why he did not timely serve Plaintiff.

(2) File an affirmation, as ordered in Doc. 31, on or before February 15, 2024, or file a letter showing good cause as to why he did not timely submit an affirmation.

      Failure to comply with this order will result in this action being dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 8, 2024
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge